# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)

Hicks, Larry R. | 2. Court or Organization

U.S. District Court - Nevada | 3. Date of Report

08/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. District Judge - Senior | 5a. Report Type (check appropriate type)

☐ Nomination    Date
☐ Initial   ☑ Annual    ☐ Final

5b. ☐   Amended Report | 6. Reporting Period

01/01/2015
to
12/31/2015 |

**7. Chambers or Office Address**

Bruce R. Thompson Courthouse
400 S. Virginia Street, Ste. 506
Reno, NV 89501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary/Treasurer | Avansino Realty Partners, Ltd. |
| 2. | Secretary/Treasurer | Avansino Realty Corp. |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | Pre-2001 | See Part VIII, page 7, re McDonald Carano Wilson 401K Profit Sharing Plan. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Larry R. | 08/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Avansino Realty Partners, Ltd. - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Larry R. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1 - Reno, NV | D | Rent | O | W | | | | | |
| 2. Rental Property #2 - Sparks, NV | E | Rent | O | W | | | | | |
| 3. Avansino Realty Partners, Ltd.-Washoe Co., NV | | | | | | | | | |
| 4. **Rental Property #3-Sparks, NV | D | Rent | O | W | | | | | |
| 5. **Rental Property #4-Sparks, NV | D | Rent | L | W | | | | | |
| 6. **Rental Property #5-Reno, NV | E | Rent | M | W | | | | | |
| 7. **Rental Property #6-Reno, NV | D | Rent | M | W | | | | | |
| 8. **Rental Property #7-San Francisco, CA | F | Rent | P1 | W | | | | | |
| 9. MGM Mirage - Common | A | Dividend | J | T | | | | | |
| 10. Zion's Bancorp - Common | A | Dividend | J | T | | | | | |
| 11. Wal-Mart Stores - Common | A | Dividend | K | T | | | | | |
| 12. Intl. Game Technology | A | Dividend | | | Merged (with line 50) | 04/08/15 | K | D | |
| 13. Harbor Fund | A | Dividend | K | T | | | | | |
| 14. Stillwater Farms, Inc.-Common | | None | M | W | | | | | |
| 15. McDonald Carano Wilson 401K Profit Sharing Plan | | | | | | | | | |
| 16. **VGENX | D | Dividend | M | T | | | | | |
| 17. **COST | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Larry R. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. **BMO - Account BMO Prime | A | Interest | L | T | Sold (part) | 12/31/15 | K | A | |
| 19. Charles Schwab IRA Rollover Account | | | | | | | | | |
| 20. **PRFDX | A | Dividend | M | T | | | | | |
| 21. **TGCNX | A | Dividend | N | T | | | | | |
| 22. **DODGX | A | Dividend | N | T | | | | | |
| 23. **PLDDX | A | Interest | M | T | | | | | |
| 24. **SWUXX | A | Interest | J | T | | | | | |
| 25. **VSGBX | A | Interest | M | T | | | | | |
| 26. IRA #1 | | | | | | | | | |
| 27. **Merrill Lynch - Account Bank of America, NA RASP | A | Interest | K | T | | | | | |
| 28. IRA #2 | | | | | | | | | |
| 29. **AICFX | A | Dividend | L | T | | | | | |
| 30. IRA #3 | | | | | | | | | |
| 31. **VWESX | A | Dividend | J | T | | | | | |
| 32. Bank of America - Accounts | A | Interest | J | T | | | | | |
| 33. First Independent Bank - Accounts | A | Interest | N | T | | | | | |
| 34. Brokerage #1 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Larry R. | 08/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - BAC | A | Dividend | J | T | | | | | |
| 36. - BPK | B | Interest | K | T | | | | | |
| 37. - BYD | A | Dividend | J | T | | | | | |
| 38. - NIO | B | Interest | L | T | | | | | |
| 39. - PBMFX | B | Interest | M | T | | | | | |
| 40. - ZION | A | Dividend | K | T | | | | | |
| 41. - IQI | A | Interest | K | T | | | | | |
| 42. - NEA | A | Interest | J | T | | | | | |
| 43. - Morgan Stanley Bank, N.A. Deposit Program | A | Interest | J | T | | | | | |
| 44. Brokerage #2 | | | | | | | | | |
| 45. - BAC | A | Dividend | K | T | | | | | |
| 46. - IGT | A | Dividend | | | Merged (with line 50) | 04/07/15 | J | A | |
| 47. - MTS | A | Dividend | | | Redeemed | 12/31/15 | J | A | |
| 48. - WMT | A | Dividend | K | T | | | | | |
| 49. - Morgan Stanley Bank | A | Interest | L | T | | | | | |
| 50. IGT PLC | A | Dividend | J | T | Open | 04/08/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Larry R. | 08/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, page 4, line 3: column C(2), the appraisal date is December 1998.

Part VII, page 4, line 15: The McDonald Carano Wilson 401K Profit Sharing Plan is a 401K profit sharing plan derived from this filer's former employment prior to 2002 in the private sector. It is owned by this filer and is a self-directed plan.

Part VII, page 6, line 43: This cash deposit portion of Brokerage #1 was previously listed erroneously as Citibank Bank Deposit Program. The correct title is Morgan Stanley Bank, N.A. Deposit Program.

Part VII, page 4, line 12; page 6, line 46; and page 6, line 50: These entries represent a merger, IGT merged with IGT PLC. There was also a cash distribution to IGT shareholders with an income gain to this reporting person and spouse estimated to fall in Gain Code D.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Larry R. Hicks**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544